No. 02–524. PRICE, WARDEN *v.* VINCENT. C. A. 6th Cir. [Certiorari granted *sub nom. Jones* v. *Vincent,* 537 U. S. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–575. NIKE, INC., ET AL. *v.* KASKY. Sup. Ct. Cal. [Certiorari granted, 537 U. S. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–679. DESERT PALACE, INC., DBA CAESARS PALACE HOTEL & CASINO *v.* COSTA. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–722. AMERICAN INSURANCE ASSN. ET AL. *v.* GARAMENDI, INSURANCE COMMISSIONER, STATE OF CALIFORNIA. C. A. 9th Cir. [Certiorari granted *sub nom. American Ins. Assn.* v. *Low,* 537 U. S. 1100.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–241. GRUTTER *v.* BOLLINGER ET AL. C. A. 6th Cir. [Certiorari granted, 537 U. S. 1043]; and
No. 02–516. GRATZ ET AL. *v.* BOLLINGER ET AL. C. A. 6th Cir. [Certiorari granted, 537 U. S. 1044.] Motions of BP America Inc. and MTV Networks for leave to file briefs as *amici curiae* out of time denied.

No. 02–1007. DUKE UNIVERSITY *v.* MADEY. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–8064. GOBBI *v.* GOBBI. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [537 U. S. 1186] denied.